UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LAURA LEE DUDLEY, | ) | CRIMINAL NO. 25-cr-00058 (CJN) |

## JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Laura Lee Dudley, by and through her counsel Maria Jacob, Esquire, jointly move the Court to exclude time under the Speedy Trial Act in the interest of justice until the next status hearing currently scheduled for July 29, 2025. In support of said motion the parties state as follows:

1. Defendant Dudley is charged by indictment with counts of a conspiracy, in violation of 18 U.S.C. § 1349, mail fraud, in violation of 18 U.S.C. § 1341, and wire fraud, in violation of 18 U.S.C. § 1343. Defendant Dudley is on release of her personal recognizance.

2. A status hearing was previously scheduled for June 26, 2025, and the parties had communicated about filing a motion to continue that status hearing due defendant's need to have sufficient time to review the extensive discovery that the government has provided. However, before the motion could be filed, the parties were notified by the Courtroom Deputy that the Court had a scheduling conflict on the June 26, 2025 status hearing date. Defendant's counsel requested that the status hearing be rescheduled for late July 2025 due to her representation in a homicide trial beginning in early July. The parties provided their availability, and the Court rescheduled the status hearing for July 29, 2025, at 10:00 a.m. *See* June 17, 2025, Minute Order.

3. Because the parties had already contemplated requesting a continuance of the

status hearing to allow defendant sufficient time to review discovery and to contemplate pretrial disposition, the parties move for the Court to exclude time under the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A), until the status hearing currently scheduled for July 29, 2025, because the ends of justice would be served and the needs of the parties outweigh the best interest of the public in a speedy trial. In addition, no prejudice can result for tolling the time until the next status hearing under the Speedy Trial Act.

WHEREFORE, the parties respectfully request the Court grant their motion and exclude time under the Speedy Trial Act until the next status hearing on July 29, 2025.

Respectfully submitted,

| | |
|---|---|
| JEANINE FERRIS PIRRO | A.J. KRAMMER |
| United States Attorney | Federal Public Defender |
| | |
| BY: /s/ *Diane G. Lucas* | /s/ *Maria Jacobs* |
| DIANE G. LUCAS, D.C. Bar #443610 | MARIA JACOBS, D.C. Bar #1038416 |
| Assistant United States Attorney | Assistant Public Defender |
| 601 D Street, N.W. | 625 Indiana Avenue, N.W. |
| Washington, D.C. 20530 | Washington, DC 20004 |
| (202) 252-7724 | (202) 208-7500 |
| Diane.Lucas@usdoj.gov | Maria_Jacobs@*fd.org |